Jerold Oshinsky (joshinsky@kasowitz.com)
Christian T. Becker (cbecker@kasowitz.com)
Jeffrey Ephraim Glatt (jglatt@kasowitz.com)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Facsimile: (212) 506-1800

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 19, 2018

1/19/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

NATIONAL HEALTHCARE ASSOCIATES, INC.,

     Plaintiff,

  v.

LIBERTY MUTUAL INSURANCE COMPANY; ARCH INSURANCE COMPANY; PRISM CONSULTANTS, LLC; ASHER SCHOOR and ETTIE SCHOOR,

     Defendants.

------------------------------------------------------------ X

Civil Action No. 17-cv-06823 (RA)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff National Healthcare Associates, Inc., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Liberty Mutual Insurance Company, Arch Insurance Company, Prism Consultants, LLC, Asher Schoor, and Ettie Schoor.

Dated: New york, New York
       January 18, 2017

                                                        /s/ Jerold Oshinksy
                                                      Jerold Oshinsky (joshinsky@kasowitz.com)
                                                      Christian T. Becker (cbecker@kasowitz.com)
                                                      Jeffrey Ephraim Glatt (jglatt@kasowitz.com)
                                                      KASOWITZ BENSON TORRES LLP
                                                      1633 Broadway
                                                      New York, NY 10019
                                                      (212) 506-1700

                                                      Attorneys for Plaintiff